PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.    ) | **Docket Number:  CR-F-91-151-01 OWW** |
| ) | |
| **Maria Benton** ) | |
| ) | |

On July 29, 1992, the above named was placed on supervised release for a period of 10 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Melinda Peyret

**Melinda Peyret
Senior United States Probation Officer**

Dated:    12/26/2006
          Fresno, California
          mp

**REVIEWED BY:**    /s/ Scott Waters for:
                    **BRUCE A. VASQUEZ
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   BENTON, Maria**
**Docket Number:   CR-F-91-0151-001 OWW**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   January 17, 2007**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE